TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Deborah Roche

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah Roche, | Case No.:  3:15-cv-05147 |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| vs. | **FOR VIOLATIONS OF:** |
| Facebook, Inc., | **1. THE TELEPHONE CONSUMER PROTECTION ACT** |
| Defendant. | **JURY TRIAL DEMANDED** |

Plaintiff, Deborah Roche (hereafter "Plaintiff"), by undersigned counsel, brings the following complaint against Facebook, Inc. (hereafter "Defendant") and alleges as follows:

## JURISDICTION

1.      This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. ("TCPA").

2.      Jurisdiction of this Court arises under 47 U.S.C. § 227(b)(3) and 28 U.S.C. § 1331.

3.      Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district and/or where Defendant transacts business in this district.

## PARTIES

4.      Plaintiff is an adult individual residing in Merritt Island, Florida, and is a "person" as defined by 47 U.S.C. § 153(39).

5.      Defendant is a business entity located in Menlo Park, California, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

6.      At all times mentioned herein where Defendant communicated with any person via telephone, such communication was done via Defendant's agent, representative or employee.

2

7.     At all times mentioned herein, Plaintiff utilized a cellular telephone service and was assigned the following telephone number: 321-XXX-7255 (hereafter "Number").

8.     Within the past two years, Defendant excessively sent text messages to Plaintiff's Number in an attempt to solicit Plaintiff's patronage.

9.     Upon information and belief, the aforementioned text messages were placed using an automatic telephone dialing system ("ATDS").

10.     Defendant's texts are seemingly intended to invite Plaintiff to visit Defendant's website and sign up for its service.

11.     The texts were repetitive and similar in design, as the excepts below reveal:

> "There are 9 people you may know on Facebook.  Send them a friend request:"

> "Debbe, you have 1 new notification on Facebook:"

> "There are 8 people you may know on Facebook.  Send them a friend request:"

> "Over 150 million people have used the Facebook friend finder.  Find the people you care about:"

> "What are you up to? Reply with a status update to post to Facebook or go to . . ."

12.     Defendant bombarded Plaintiff's Number with these unwanted and annoying texts at various times throughout any given day, sometimes as early as 3:20am.

3

13.     On multiple occasions, Plaintiff replied to Defendant's texts, requesting the calls to stop.

14.     Despite Plaintiff's multiple requests, Defendant continued texting Plaintiff's Number.

15.     On or about July 27, 2015, Plaintiff contacted Lemberg Law, LLC ("Lemberg") and secured Lemberg's representation of her in this matter.

16.     On or about August 27, 2015, Lemberg mailed, on Plaintiff's behalf, a certified letter to Defendant demanding that the unwanted calls cease.

17.     Nevertheless, Defendant's unwanted and annoying texts to Plaintiff's Number continued unabated.

## <u>COUNT I</u>

## <u>VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227, *et seq.*</u>

18.     Plaintiff incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

19.     The TCPA prohibits Defendant from using, other than for emergency purposes, an ATDS and/or Robocalls when text messages Plaintiff's Number absent Plaintiff's prior express consent to do so.  *See* 47 U.S.C. § 227(b)(1).

20.     FCC regulations promulgated under the TCPA specifically prohibit Defendant from using an ATDS and/or Robocalls to call or send text messages

4

Plaintiff's Number for the purpose of advertising or telemarketing absent Plaintiff's prior express written consent. *See* 47 C.F.R. § 64.1200(a)(2).

21.     FCC regulations promulgated under the TCPA require that Plaintiff's consent be pursuant to a written agreement, signed by the Plaintiff, which contains Plaintiff's unambiguous assent to receiving ATDS and/or Robocalls from Defendant. *See* 47 C.F.R. § 64.1200(f)(8).

22.     Defendant texted Plaintiff's Number using an ATDS without Plaintiff's consent in that Defendant either never had Plaintiff's prior express consent to do so or such consent was effectively revoked when Plaintiff requested that Defendant cease all further text messages.

23.     Defendant continued to willfully text Plaintiff's Number using an ATDS knowing that it lacked the requisite consent to do so in violation of the TCPA.

24.     Plaintiff was harmed and suffered damages as a result of Defendant's actions.

25.     The TCPA creates a private right of action against persons who violate the Act. *See* 47 U.S.C. § 227(b)(3).

26.     As a result of each text made in violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages.

27.     As a result of each text made knowingly and/or willingly in violation of the TCPA, Plaintiff may be entitled to an award of treble damages.

COMPLAINT FOR DAMAGES

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant for:

A. Statutory damages of $500.00 for each call determined to be in violation of the TCPA pursuant to 47 U.S.C.§ 227(b)(3);

B. Treble damages for each violation determined to be willful and/or knowing under the TCPA pursuant to 47 U.S.C.§ 227(b)(3);

C. Such other and further relief as may be just and proper.

## **TRIAL BY JURY DEMANDED ON ALL COUNTS**

DATED:  November 9, 2015                TRINETTE G. KENT

By:   /s/   Trinette G. Kent
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Deborah Roche

COMPLAINT FOR DAMAGES