NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Trinette G. Kent, Esq.
Lemberg Law, LLC
1100 Summer Street,
Stamford, CT 06905
Telephone: (480) 247-9644
Facsimile: (480) 717-4781

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Deborah Roche

Plaintiff(s),

v.

Facebook, Inc.

Defendant(s)

CASE NUMBER

3:15-cv-05147

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Deborah Roche
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                                          **CONNECTION**

(List the names of all such parties and identify their connection and interest.)

Deborah Roche                                      Plaintiff
Merritt Island, Florida

Trinette G. Kent, Esq.
Lemberg Law, LLC
1100 Summer Street, Stamford, CT 06905             Attorney to the Plaintiff
Telephone: (480) 247-9644
Facsimile: (480) 717-4781

November 9, 2015                    /s/ Trinette G. Kent
Date                                Sign

                                    Trinette G. Kent
                                    Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**

CV-30 (12/03)