UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ROCHE,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No.  15-cv-05147-RS<br><br>**SCHEDULING ORDER** |

Before the Court is Plaintiff Deborah Roche's and Defendant Facebook, Inc.'s (together, the "Parties") Joint Stipulated Request the Court to vacate the initial case management conference and related deadlines, as well as the Parties' ADR deadlines, and defer rescheduling them until after the Court issues a ruling on the Motion to Dismiss. The Parties previously stipulated to the following deadlines:

1. Defendant's response to the Complaint is due February 9, 2016.

2. Plaintiff's response to Defendant's Motion to Dismiss is due March 15, 2016.

3. Defendant's reply to Plaintiff's response is due April 5, 2016.

The Joint Motion is **GRANTED**. The initial case management conference is now scheduled for May 12, 2016.

**IT IS SO ORDERED**.

Dated: January 13, 2016

_____
RICHARD SEEBORG
United States District Judge