UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Deborah Roche,<br><br>            Plaintiff,<br><br>  vs.<br><br>Facebook, Inc.,<br><br>            Defendant. | Case No.: 3:15-cv-05147-RS<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF'S OPPOSITION AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS<br><br>Hearing Date: May 5, 2016<br>Time: 1:30PM<br>Court: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

Before the Court is the parties' Stipulated Request for Order Changing Time for Plaintiff's Opposition and Defendant's Reply to Defendant's Motion to Dismiss. The Court, having considered the parties' stipulation and supporting declaration, hereby rules as follows:

The parties' stipulation is **GRANTED**. The briefing schedule as to Defendant's Motion to Dismiss is extended as follows:

- Plaintiff's opposition deadline March 29, 2016;
- Defendant's reply deadline April 19, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/22, 2016 (2015 struck through)

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE