UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Deborah Roche,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Facebook, Inc.,<br><br>　　　　　　Defendant. | Case No.: 3:15-cv-05147-RS<br><br>[PROPOSED] **ORDER GRANTING SECOND STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFF'S OPPOSITION AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing Date: May 5, 2016<br>Time: 1:30PM<br>Court: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

　　　Before the Court is the parties' Second Stipulated Request for Order Changing Time for Plaintiff's Opposition and Defendant's Reply to Defendant's Motion to Dismiss. The Court, having considered the parties' stipulation and supporting declaration, hereby rules as follows:

　　　The parties' stipulation is **GRANTED**.  The briefing schedule as to Defendant's Motion to Dismiss is extended as follows:

- Plaintiff's opposition deadline April 5, 2016;
- Defendant's reply deadline April 26, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March 29 , 2016　　　　　　　　　/s/ Richard Seeborg

　　　　　　　　　　　　　　　　　　　　　HONORABLE RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE